IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 14 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. __10CV00079 BNB__

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

KEITH RUSSELL JUDD,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, a federal prisoner in Texas, submitted a document titled "Request to Correct, Amend, or Expunge Any Record of Federal Conviction of Felony Under Privacy Act, 5 U.S.C. § 552a(d) or Fed.R.Crim.P., Rule 36, or Any Other Law" to the Secretary of State for the State of Colorado and that document was forwarded to the court. Although it is not clear exactly what relief Plaintiff is seeking or that he is seeking any relief from the court, the court will construe the document liberally as seeking some form of judicial relief.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue any

claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

### 28 U.S.C. § 1915 Motion and Affidavit:
(1) xx    is not submitted
(2) __    is missing affidavit
(3) xx    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __    is missing certificate showing current balance in prison account
(5) __    is missing required financial information
(6) __    is missing an original signature by the prisoner
(7) __    is not on proper form
(8) __    names in caption do not match names in caption of complaint, petition or habeas application
(9) __    An original and a copy have not been received by the court. Only an original has been received.
(10) xx   other: motion is necessary only if filing fee is not paid in advance.

### Complaint, Petition or Application:
(11) __   is not submitted
(12) xx   is not on proper form
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. ___
(15) __   uses et al. instead of listing all parties in caption
(16) __   An original and a copy have not been received by the court. Only an original has been received.
(17) __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __   names in caption do not match names in text
(19) __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a

2

copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 14th day of January, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **10CV00079**

Keith Russell Judd
Reg No. 11593-051
Federal Corr. Institution
P.O. Box 7000
Texarkana, TX 75505-7000

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on _1/14/10_

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk