IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00079-ZLW

KEITH RUSSELL JUDD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Motion for Preliminary Injunction and Declaratory Judgment for Relief From Firearms Disability; Second Amendment U.S. Constitution, Tenth Amendment" filed on April 26, 2010, is DENIED. The instant action was dismissed by order filed on February 19, 2010, and Plaintiff has appealed the dismissal order to the United States Court of Appeals for the Tenth Circuit.

Dated: April 27, 2010