IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00079-ZLW

KEITH RUSSELL JUDD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Motion to Alter or Amend Order Under Fed. R. Civ. P., Rule 60(a) and Rule 54(b)" filed on May 3, 2010, is DENIED.

Dated: May 4, 2010