**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00079-ZLW

KEITH RUSSELL JUDD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Request for Leave to File Motion to Dismiss Indictment/Complaint for Violation of Speedy Trial Act; Fed. R. Civ. P., Rule 60(b)" filed on May 17, 2010, is DENIED. The instant action was dismissed by order filed on February 19, 2010, and Plaintiff has appealed to the United States Court of Appeals for the Tenth Circuit.

Dated: May 18, 2010