IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00079-ZLW

KEITH RUSSELL JUDD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Emergency Request for Access to Law Books in Law Library" filed on September 13, 2010, is DENIED because this action is closed.

Dated: September 14, 2010