IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00079-ZLW

KEITH RUSSELL JUDD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's "Motion for Court to Certify Actual Innocence Claim Under Savings Clause" filed on October 22, 2010, is DENIED because this action is closed.

Dated: October 25, 2010